UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § | |
| | § | Civil Action No  4:24-cv-01607 |
| Tehum Care Services, Inc. et al | § | |
| | § | |
| Debtor | § | |
| | § | Bankruptcy Case No.  23bk90086 |
| Tehum Care Services, Inc. et al | § | |
| Appellant | § | |

## Notice of Filing of an Appeal

1. A notice of appeal to the district court was filed before the bankruptcy court on April 24, 2024

2. This appeal has been assigned to United States District Judge Kenneth M Hoyt.

3. The appeal has been docketed as 4:24-cv-01607

4. Motions affecting this appeal, or the judgment or order from which this appeal is taken must be filed in accordance with Fed. R. Bankr. P. 8006, 8007, 8008 and 8009(e).

5. Within 14 days after the notice of appeal was filed, the appellant must file a designation of the record. *See* Fed. R. Bankr. P. 8009. Within 14 days after being served with the appellant's designation, appellees may file additional designations.

6. Designations of the record must be filed with the bankruptcy court. Do not file copies of designated items that are already on file with the bankruptcy court. Parties must electronically file copies of admitted trial exhibits they designate for inclusion in the record.

Date April 30, 2024

Nathan Ochsner, Clerk of Court
H. Lerma
Deputy Clerk