**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| TEHUM CARE SERVICES, INC.,[1] | Case No. 23-90086 (CML) |
| Debtor. | Re:  Dkt. Nos. 1506 & 1260 |

## <u>JOINT NOTICE OF APPEAL</u>

**PLEASE TAKE NOTICE** that the Official Committee of Tort Claimants (the "<u>TCC</u>"), together with Elizabeth Frederick, Paris Morgan, Aanda Slocum, and LaTanda Smith hereby appeal to the United States District Court for the Southern District of Texas pursuant to 28 U.S.C. § 158 and Rules 8002, 8003, and 8004 of the Federal Rules of Bankruptcy Procedure from the order (Dkt. No. 1506) (the "<u>Order</u>") (attached hereto as **Exhibit 1**) denying the *Motion of the Official Committee of Tort Claimants and Certain Tort Claimants for Structured Dismissal of Chapter 11 Case* (Dkt. No. 1260) (the "<u>Motion</u>"), entered on April 11, 2024, by the United States Bankruptcy Court for the Southern District of Texas (the "<u>Bankruptcy Court</u>").[2]  The TCC, Elizabeth Frederick, Paris Morgan, Aanda Slocum, and LaTanda Smith submit this Notice of Appeal in conformity with Bankruptcy Form B417A.

**<u>Part 1:  Identify the Appellant(s)</u>**

1.    **Name(s) of Appellants**:  The Official Committee of Tort Claimants, Elizabeth Frederick, Paris Morgan, Aanda Slocum, and LaTanda Smith.

---

[1]    The last four digits of the Debtor's federal tax identification number is 8853.  The Debtor's service address is: 205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

[2]    Concurrently herewith, the Appellants are filing the *Motion of the Official Committee of Tort Claimants, Elizabeth Frederick, Paris Morgan, Aanda Slocum, and Latanda Smith for (I) Leave of the Court to Appeal the Bankruptcy Court's Order Denying the Motion Dismiss and (II) Certification of Direct Appeal to the United States Court of Appeals for the Fifth Circuit*, attached hereto as **Exhibit 2**.

2.     **Position of Appellants in the Bankruptcy Case that Is Subject of this Appeal**: The Official Committee of Tort Claimants appointed by the United States Trustee on November 11, 2023, in above-referenced chapter 11 case and certain individuals asserting personal injury and wrongful death claims in above-referenced chapter 11 case.

**Part 2:  Identify the Subject of this Appeal**

1.     **Describe the Judgment—or the Appealable Order or Decree—from which the Appeal is taken**:  Each and every part of the Order attached hereto as Exhibit 1, including the April 11, 2024, transcript of the Bankruptcy Court's oral ruling on the Motion.

2.     **State the Date on which the Judgment—or the Appealable Order or Decree— was Entered**:  The Order was issued on April 11, 2024.

**Part 3:  Identify the Other Parties to the Appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

| Party | Counsel |
|---|---|
| Appellant:  Official Committee of Tort Claimants | **Brown Rudnick LLP**<br>David J. Molton<br>Eric R. Goodman<br>D. Cameron Moxley<br>Jessica N. Meyers<br>Gerard T. Cicero<br>Susan Sieger-Grimm<br>Meghan McCafferty<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Email: dmolton@brownrudnick.com<br>        egoodman@brownrudnick.com<br>        cmoxley@brownrudnick.com<br>        jmeyers@brownrudnick.com<br>        gcicero@brownrudnick.com |

| Party | Counsel |
|-------|---------|
| | ssieger-grimm@brownrudnick.com<br>mmcafferty@brownrudnick.com<br><br>**Berry Riddell, LLC**<br>Michael W. Zimmerman, Esquire<br>6750 E. Camelback Rd. Suite #100<br>Scottsdale, AZ 85251<br>Tel: (480) 385-2727<br>Email: mz@berryriddell.com<br><br>**Molo Lamken LLP**<br>Jeffrey A. Lamken, Esquire<br>600 New Hampshire Avenue, N.W.<br>Washington, DC 20037<br>Tel: (202) 556-2000<br>Email: jlamken@mololamken.com<br><br>**Molo Lamken LLP**<br>Lauren F. Dayton, Esquire<br>300 N. LaSalle Drive<br>Chicago, IL 60654<br>Tel: (312) 450-6700<br>Email: ldayton@mololamken.com |
| Appellant:  Elizabeth Frederick | **Slater Legal PLLC**<br>James Slater<br>113 S. Monroe Street<br>Tallahassee, FL  32301<br>Tel: (305) 523-9023<br>Email: james@slater.legal |
| Appellant:  Aanda Slocum | **Lane & Nach, P.C.**<br>Adam B. Nach<br>2001 East Campbell Avenue, Suite 103<br>Phoenix, AZ  85016<br>Tel: (602) 258-6000<br>Email: Adam.Nach@lane-nach.com |
| Appellant:  LaTanda Smith | **Lane & Nach, P.C.**<br>Adam B. Nach<br>2001 East Campbell Avenue, Suite 103<br>Phoenix, AZ  85016<br>Tel: (602) 258-6000<br>Email: Adam.Nach@lane-nach.com |

| Party | Counsel |
|-------|---------|
| Appellant:  Paris Morgan | **Huffman Wallace & Monagle, LLC**<br>Jason Wallace<br>122 Wellesley Dr. SE<br>Albuquerque, NM  87106<br>Tel: (505) 255-6300<br>Email: jason@hmhw.law |
| Tehum Care Services, Inc. | **Gray Reed**<br>Jason S. Brookner<br>Aaron M. Kaufmann<br>Lydia R. Webb<br>Amber M. Caron<br>1300 Post Oak Boulevard, Suite 2000<br>Houston, Texas  77056<br>Tel: (713) 986-7126<br>Email: jbrookner@grayreed.com<br>         akaufman@grayreed.com<br>         lwebb@grayreed.com<br>         acarson@grayreed.com |
| Official Committee of Unsecured Creditors | **Stinson LLP**<br>Nicholas Zluticky<br>Zachary Hemenway<br>1201 Walnut, Suite 2900<br>Kansas City, Missouri  64106<br>Tel: (816) 842-8600<br>Email: nicholas.zluticky@stinson.com<br>         zachary.hemenway@stinson.com |
| Kevin M. Epstein, United States Trustee | **United States Department of Justice**<br>**Office of the United States Trustee**<br>Ha Nguyen<br>Andrew Jiménez<br>515 Rusk Street, Suite 3516<br>Houston, Texas  77002<br>Tel:  (713) 718-4655<br>Email: Ha.Nguyen@usdoj.gov<br>         Andrew.Jimenez@usdoj.gov |
| Mack Mandrell Loyde | **Moseley & Moseley**<br>James Bryan Moseley<br>237 Castlewood Drive, Suite D<br>Murfreesboro, Tennessee, 37129<br>Tel: (615) 254-0140 |

| Party | Counsel |
|---|---|
| | Email: bryan.moseley@moseleylawfirm.com |
| RMSC Plaintiffs | **Morris James LLP**<br>Eric J. Monzo<br>500 Delaware Avenue, Suite 1500<br>Wilmington, Delaware  19801<br>Tel: (302) 888-5848<br>Email: emozo@morrisjames.com |
| St. Luke's Health System, Ltd. and St. Luke's Regional Medical Center, Ltd. | **Stoel Rives LLP**<br>Bryan T. Glover<br>600 University Street, Suite 3600<br>Seattle, Washington  98101<br>Tel:  (206) 386-7555<br>Email:  bryan.glover@stoel.com<br><br>**Stoel Rives LLP**<br>Wendy J. Olson<br>101 South Capital Boulevard, Suite 1900<br>Boise, Idaho  83702<br>Tel:  (208) 387-4291<br>Email:  wend.olson@stoel.com |
| Saint Alphonsus Health System, Inc. | **Mehaffy Weber, P.C.**<br>Blake Hamm<br>P.O. Box 16<br>Beaumont, TX 77704<br>Telephone: (409) 835-5011<br>Email: BlakeHamm@mehaffyweber.com<br><br>**Mehaffy Weber, P.C.**<br>Holly C. Hamm<br>P.O. Box 16<br>Beaumont, TX 77704<br>Tel: (409) 835-5011<br>Email: HollyHamm@mehaffyweber.com |
| American Civil Liberties Union | **Public Justice**<br>Jaqueline Aranda Osorno<br>1620 L St. NW, Suite 630<br>Washington, DC 20036<br>Tel : (202) 797-8600<br>Email: jasorno@publicjustice.net |

| Party | Counsel |
|---|---|
| Center for Constitutional Rights | **Public Justice**<br>Jaqueline Aranda Osorno<br>1620 L St. NW, Suite 630<br>Washington, DC 20036<br>Tel : (202) 797-8600<br>Email: jasorno@publicjustice.net |
| Public Justice | **Public Justice**<br>Jaqueline Aranda Osorno<br>1620 L St. NW, Suite 630<br>Washington, DC 20036<br>Tel : (202) 797-8600<br>Email: jasorno@publicjustice.net |
| Rights Behind Bars | **Public Justice**<br>Jaqueline Aranda Osorno<br>1620 L St. NW, Suite 630<br>Washington, DC 20036<br>Tel : (202) 797-8600<br>Email: jasorno@publicjustice.net |
| The Human Rights Defense Center | **Public Justice**<br>Jaqueline Aranda Osorno<br>1620 L St. NW, Suite 630<br>Washington, DC 20036<br>Tel : (202) 797-8600<br>Email: jasorno@publicjustice.net |
| UC Berkeley Center for Consumer Law & Economic Justice | **Public Justice**<br>Jaqueline Aranda Osorno<br>1620 L St. NW, Suite 630<br>Washington, DC 20036<br>Tel : (202) 797-8600<br>Email: jasorno@publicjustice.net |
| Anant Kumar Tripati | **Pro Se**<br>Mail Service To:<br>Anant Kuma Tripati<br>Arizona State Prison #102081<br>Yuma Complex Cibola Unit<br>P.O. Box 8909<br>San Luis, AZ 85349<br>Email: anantkumartripati02@gmail.com |

| Party | Counsel |
|---|---|
| William Kelly | **Ian T. Cross**<br>402 W. Liberty St.<br>Ann Arbor, MI 48103<br>Tel: (734) 994-9590<br>Email: ian@lawinannarbor.com |
| Derico Thompson | **Ian T. Cross**<br>402 W. Liberty St.<br>Ann Arbor, MI 48103<br>Tel: (734) 994-9590<br>Email: ian@lawinannarbor.com |
| Kohchise Jackson | **Ian T. Cross**<br>402 W. Liberty St.<br>Ann Arbor, MI 48103<br>Tel: (734) 994-9590<br>Email: ian@lawinannarbor.com |
| Frank Patterson | **Pro Se**<br>Mail service to:<br>Frank Patterson #13216 TCCF<br>415 US Highway 49 North<br>Tutwiler, MS 38963 |
| Arizona Department of Corrections | **Osborn Maledon, PA**<br>Warren J. Stapleton<br>Christopher C. Simpson<br>2929 North Central Avenue Suite 2100<br>Phoenix, Arizona 85012<br>Telephone: 602.640.9000<br>Email: wstapleton@omlaw.com<br>Email: csimpson@omlaw.com |
| Christopher Harrell | **Pro Se**<br>Mail Service to:<br>Christopher D. Harrell<br>WMCI #26939<br>7076 Road 55F<br>Torrington, WY 82240-7771 |
| Shawn Reid | **Pro se**<br>Designated Agent:<br>Ricky Keever<br>2204 Short Pine Drive<br>Las Vegas, NV 89108 |

| Party | Counsel |
|---|---|
| | Tel: (702) 596-5776 |
| Moses Kirschke | **Pro se**<br>Mail Service To:<br>Moses R. Kirschke<br>#384285<br>141 First Street<br>Coldwater, MI 49036 |
| Paul Al-Amin | **The Burgess Law Group**<br>Janel M. Glynn<br>Lindsi M. Weber<br>3131 E. Camelback Road, Ste. 224<br>Phoenix, Arizona 85016<br>Email: janel@theburgesslawgroup.com<br>Email: Lindsi@theburgesslawgroup.com |
| Serina Rides | **The Burgess Law Group**<br>Janel M. Glynn<br>Lindsi M. Weber<br>3131 E. Camelback Road, Ste. 224<br>Phoenix, Arizona 85016 |
| Antoinette Windhurst | **Mesch Clark Rothschild**<br>Frederick J. Petersen<br>259 N. Meyer Ave.<br>Tucson, AZ 85701<br>Tel : (520) 624-8886<br>Email: fpetersen@mcrazlaw.com |
| Aakash Dalal | **Pro se**<br>Mail Service To:<br>SBI# 792652E<br>South Woods State Prison<br>215 Burlington Road South<br>Bridgeton, NJ 08302 |
| Donald Rolle | **Pro se**<br>Mail Service To:<br>Donald Rolle #25795<br>Wyoming Medium Correctional Institute<br>7076 Rd 55 F<br>Torrington, Wyoming 82240 |

| Party | Counsel |
|-------|---------|
| Gordon Dittmer | **Pro Se**<br>Mail Service To:<br>Gordon S. Dittmer<br>MDOC No. 175464<br>Lakeland Correctional Facility<br>141 First Street,<br>Coldwater, MI 49036 |
| State of Idaho, the Idaho Department of Corrections, and certain officials or employees of the State of Idaho | **Munsch Hardt Kopf & Harr, P.C.**<br>John D. Cornwell<br>Brenda L. Funk<br>700 Milam Street, Suite 800<br>Houston, TX 77002-2806<br>Telephone: 713.222.1470<br>Email: jcornwell@munsch.com<br>Email: bfunk@munsch.com<br><br>**Munsch Hardt Kopf & Harr, P.C.**<br>Randall W. Miller<br>500 N. Akard Street, Suite 3800<br>Dallas, Texas 75201-6659<br>Telephone: 214.855.7539<br>Email: rmiller@munsch.com |
| The Curators of the University of Missouri and Capital Region Medical Center | **Jones Murray LLP**<br>Erin Jones<br>602 Sawyer St. Suite 400<br>Houston, TX 77007<br>Phone: 832-529-1999<br>E-mail: erin@jonesmurray.com |
| Estate of Kerry Milkiewicz | **Kenneth R. Beams, PLLC**<br>Kenneth R. Beams (P63248)<br>32400 Telegraph Road, Suite 103<br>Bingham Farms, MI 48025<br>Tel: 248-396-3987<br>Email: kennethbeams@gmail.com |
| Benjamin B. Oryang | **Pro-se**<br>Mail Service to:<br>Benjamin B. Oryang<br>AIS#168079; F2-34A<br>Stanton Correctional Facility<br>2690 Marion Spillway Road |

| Party | Counsel |
|---|---|
| | Elmore, AL 36025-1531 |
| Roger Ervin | **Pro-se**<br>Mail Service To:<br>Roger Ervin<br>#361738 221-080<br>14100 McMullen Hwy SW<br>Cumberland, MD 21502-5777 |

**Part 4:  Optional Election to Have Appeal Heard by District Court (applicable only in certain Districts)**

> N/A.

**Part 5:  Signature**

> */s/ Eric R. Goodman*
> Signature of attorney for appellant(s)            Date:  April 24, 2024

> */s/ James Slater*
> Signature of attorney for appellant(s)            Date:  April 24, 2024

> */s/ Adam B. Nach*
> Signature of attorney for appellant(s)            Date:  April 24, 2024

> */s/ Jason Wallace*
> Signature of attorney for appellant(s)            Date:  April 24, 2024

Dated: April 24, 2024
New York, New York

*/s/ Eric R. Goodman*
David J. Molton, Esquire
Eric R. Goodman, Esquire
D. Cameron Moxley, Esquire
Jessica N. Meyers, Esquire
Gerard T. Cicero, Esquire
Susan Sieger-Grimm, Esquire
Meghan McCafferty, Esquire
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
(212) 209-4800; (212) 209-4801 (f)
dmolton@brownrudnick.com
egoodman@brownrudnick.com
cmoxley@brownrudnick.com
jmeyers@brownrudnick.com
gcicero@brownrudnick.com
ssieger-grimm@brownrudnick.com
mmcafferty@brownrudnick.com

*Co-Lead Counsel to the Tort Claimants'
Committee*

James Slater
SLATER LEGAL PLLC
113 S. Monroe Street
Tallahassee, FL 32301

*Counsel for Elizabeth Frederick*

Adam Nach
LANE & NACH, P.C.
2001 East Campbell Avenue, Suite 103
Phoenix, AZ 85016

*Counsel for Aanda Slocum and LaTanda
Smith*

Jeffrey A. Lamken, Esquire
MOLO LAMKEN LLP
600 New Hampshire Avenue, N.W.
Washington, DC 20037
(202) 556-2000
jlamken@mololamken.com

Lauren F. Dayton, Esquire
MOLO LAMKEN LLP
300 N. LaSalle Drive
Chicago, IL 60654
(312) 450-6700
ldayton@mololamken.com

*Proposed Appellate Counsel to the Tort
Claimants' Committee*

Michael W. Zimmerman, Esquire
BERRY RIDDELL, LLC
6750 E. Camelback Rd. Suite #100
Scottsdale, AZ 85251
(480) 385-2727
mz@berryriddell.com

*Co-Lead Counsel to the Tort Claimants'
Committee*

Jason Wallace
HUFFMAN WALLACE & MONAGLE,
LLC
122 Wellesley Dr. SE
Albuquerque, NM 87106

*Counsel for Paris Morgan*