IN THE UNITED STATES COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re:<br><br>TEHUM CARE SERVICES, INC. et al<br><br>*Debtor*<br><br>TEHUM CARE SERVICES, INC. et al<br><br>*Appellee* | Civil Case No. 4:24-cv-01607<br><br>Bankruptcy Case No. 23-bk-90086 |

## [PROPOSED] ORDER

Having considered the Motion for Leave to File Statement of *Amici Curiae* in Support of Request for Interlocutory Review, it is hereby ORDERED that the Motion is granted.

Signed: _____, 2024        _____
                                Kenneth M Hoyt
                                United States District Court Judge