# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| TEHUM CARE SERVICES, INC.,[1] | ) Case No. 24-01607 |
| | ) |
| Debtor. | ) |
| | ) |

## ENTRY OF APPEARANCE

COMES NOW Nicholas J. Zluticky of Stinson LLP and hereby enters his appearance in the above captioned matter on behalf of the Official Committee of Unsecured Creditors.

STINSON LLP

/s/ *Nicholas J. Zluticky*
Nicholas J. Zluticky (S.D. Tex. Bar No. 3846893)
Zachary H. Hemenway (S.D. Tex. Bar No. 3856801)
1201 Walnut, Suite 2900
Kansas City, MO 64106
Telephone:  (816) 842-8600
nicholas.zluticky@stinson.com
Zachary.hemenway@stinson.com

*COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS*

---

[1] The last four digits of the Debtor's federal tax identification number is 8853.  The Debtor's service address is: 205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

CORE/3527808.0002/189065297.1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 9, 2024 the foregoing document was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF System.

/s/ *Nicholas J. Zluticky*
Counsel for the Official Committee of Unsecured Creditors