United States District Court
Southern District of Texas

**ENTERED**
May 09, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:24-cv-01607 |
|---|---|---|---|

In re: TEHUM CARE SERVICES, INC. et al (Debtor-Appellee)

*versus*

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jaqueline Aranda Osorno<br>PUBLIC JUSTICE<br>1620 L St. NW, Suite 630<br>Washington, DC 20036<br>(202) 797-8600 \| jaosorno@publicjustice.net<br>Alabama State Bar No. 3296A17H |
|---|---|
| Name of party applicant seeks to appear for: | Center for Constitutional Rights, Public Justice, Rights Behind Bars, Roderick & Solange MacArthur Justice Center, Southern Center for Human Rights, UC Berkeley Center for Consumer Law & Economic Justice, Worth Rises |

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/8/2024 | Signed: | /s/ Jaqueline Aranda Osorno |
|---|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 5/8/2024 | Clerk's signature | *CHM* |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: 5/8/2024

United States District Judge