United States District Court
Southern District of Texas
**ENTERED**
May 09, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| TEHUM CARE SERVICES, INC. ET AL, *et al.* | § § § § | |
| Appellants | § § | CIVIL ACTION NO. 4:24-CV-01607 |

# ORDER OF RECUSAL

I stand recused in this case.

It is so Ordered.

SIGNED on May 9, 2024, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge