UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 24-cv-01607 |
|---|---|---|---|

In re Tehum Care Services, Inc. et al.

*versus*

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jeffrey A. Lamken<br>MoloLamken LLP<br>600 New Hampshire Avenue, N.W.<br>Washington, D.C. 20037<br>202.556.2010 \|\| jlamken@mololamken.com<br>DC (440547)<br>Fifth Circuit (no number issued) |

| Name of party applicant seeks to appear for: | Official Committee of Tort Claimants |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/10/2024 | Signed: | /s/ Jeffrey A. Lamken |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**        **This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
                                                                                                      United States District Judge