UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 24-cv-01607 |
|---|---|---|---|
| In re Tehum Care Services, Inc. et al. ||||
| *versus* ||||
| ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Justin M. Ellis<br>MoloLamken LLP<br>430 Park Avenue<br>New York, NY 10022<br>212.607.8159 \|\| jellis@mololamken.com<br>NY (4946265)<br>Second Circuit (no number issued) |
|---|---|

| Name of party applicant seeks to appear for: | Official Committee of Tort Claimants |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/10/2024 | Signed: | /s/ Justin M. Ellis |
|---|---|---|

| The New York state bar reports that the applicant's status is: Currently registered |||
|---|---|---|
| Dated: May 10, 2024 | Clerk's signature | /s/ Joan Davenport, deputy clerk |

**Order**

Dated: May 13, 2024

This lawyer is admitted *pro hac vice*.

_____
Andrew S. Hanen
United States District Judge