United States District Court
Southern District of Texas
**ENTERED**
June 21, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TEHUM CARE SERVICES, INC., *et al.*, | § | Civil Case No. 4:24-cv-01607 |
| Debtor. | § | |
| | § | Bankruptcy Case No. 23-90086 |
| | § | |
| TEHUM CARE SERVICES, INC., *et al.*, | § | |
| Appellee. | § | |

## ORDER

Having considered the Motion for Leave to File Statement of *Amici Curiae* in Support of Request for Interlocutory Review (Doc. No. 5), it is hereby ORDERED that the Motion is granted.

SIGNED this 20th day of June 2024.

_____
Andrew S. Hanen
United States District Judge