United States District Court
Southern District of Texas
**ENTERED**
October 27, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: TEHUM CARE SERVICES, INC., ET AL., | § | |
| *Appellant*, | § | CIVIL ACTION NO. 4:24-cv-1607 |
| | § | BANKRUPTCY NO. 23-90086 |

**ORDER**

Pending before this Court is a Motion to Stay this case filed by movant Sean Rogers. (Doc. No. 35). This matter/appeal has been closed in this Court since June of 2024. (Doc. No. 29). Therefore, this motion is dismissed without prejudice as being improperly filed in this case.

It is so ordered.

Signed on this the 27th day of October, 2026.

Andrew S. Hanen
United States District Judge